*19*

United States District Court
Southern District of Texas
ENTERED

**JUL 2 4 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**F I L E D**

JUL 2 4 1998

Michael N. Milby, Clerk

EQUAL EMPLOYMENT OPPORTUNITY      *
  COMMISSION

        VS                        *   C.A. NO. B96 229
                                          (636(c))

JOSEPH LAPINSKI                   *
d/b/a SAVE INN MOTEL

## ORDER SETTING CONFERENCE

The above-captioned and numbered cause of action is hereby set

for a status conference on Tuesday, August 11, 1998, at 9:30 am.

DONE at Brownsville, Texas, this 24 day of July, 1998.


_____
Fidencio G. Garza, Jr.
United States Magistrate Judge
3rd Floor Courtroom
1001 E. Elizabeth
Brownsville, TX  78520