21

United States District Court
Southern District of Texas
ENTERED

JUL 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
F I L E D

JUL 2 9 1998

Michael N. Milby, Clerk

EQUAL EMPLOYMENT OPPORTUNITY          )
    COMMISSION,                        )
                                       )
                Plaintiff,             )
                                       )
v.                                     )      Civil Action No. B-96-229
                                       )               (636(c))
JOSEPH LAPINSKI d/b/a                  )
    SAVE INN MOTEL,                    )
                                       )
                Defendant.             )
_____)

## AGREED ORDER OF DISMISSAL

This Court has considered the joint motion of Plaintiff Equal Employment Opportunity Commission and Defendant Joseph Lapinski d/b/a Save Inn Motel to dismiss this action with prejudice. The Court finds that a Settlement Agreement in this cause has been signed by the parties and that all claims between the parties have been resolved. The Settlement Agreement, which is attached to the parties' Joint Motion for Dismissal of Action, is expressly incorporated herein.

It is therefore ORDERED that this case is dismissed with prejudice. Notwithstanding the dismissal, this Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. It is further ORDERED that each party shall bear its own costs and attorneys' fees incurred in this action.

Signed on July 29 ____, 1998.

FIDENCIO G. GARZA, JR.
United States Magistrate Judge